Stipulation and Order to Dismiss

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

MISS JONES LLC,

                      Plaintiff,

v.

ABDUL SHAHID, NEW YORK CITY
ENVIRONMENTAL CONTROL BOARD,

                      Defendants.
----------------------------------------------------------------X

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**

Case No. 1:17-cv-00716-AMD

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice against defendant(s) pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: Brooklyn, New York
December 9, 2022

| COREN LAW GROUP P.C. | HASBANI & LIGHT, P.C. |
|---|---|
| By: _____ | By: /s/ Danielle Light |
| Steven M. Coren, Esq. | Danielle P. Light,, Esq. |
| Attorneys for Defendant Abdul Shahid | Attorneys for Plaintiff |
| 225 Union Street | 450 Seventh Avenue, Suite 1408 |
| Brooklyn, NY 11231 | New York, NY 10123 |
| Tel. (212) 371-5800 | Tel. (212) 643-6677 |
| Email: scoren@corenlawgroup.com | Email: dlight@hasbanilight.com |

SO ORDERED:

s/Ann M. Donnelly